# Court of Appeals
# of the State of Georgia

ATLANTA,____March 22, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1167. CLIFFORD THOMPSON v. MARTY ALLEN, WARDEN.**

After the superior court dismissed his petition for writ of habeas corpus, Clifford Thompson filed an appeal to this Court. The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). This appeal is thus TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,_____03/22/2016_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*